IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : MISC. NO. 1:23-mp-00007-HWV |
| JEFFREY A. ROCKMAN | : |

## ORDER

Upon consideration of the Chapter 11 Voluntary Petition filed in the Mellon Building Apartments, LLC case located at case number 1:23-bk-02559-HWV, Doc. 1, and it appearing that this filing was accomplished by paper filing and not by electronic means, and this Court having issued an Order on October 14, 2005 (Misc. No. 5:05-mp-50007) requiring that all attorneys appearing in this Court file all documents electronically as of April 1, 2006, or apply for a waiver from such requirement, and it appearing that no such waiver was requested in the Mellon Building Apartments, LLC case, it is

**ORDERED** that Counsel shall file a statement with the Court within fourteen (14) days of the date of this Order specifying the steps that have been taken or will be taken to comply with the Court's October 14, 2005 Order. It is further

**ORDERED** that if a statement is not filed with the Court as required by this Order, above-captioned counsel shall appear before the undersigned Bankruptcy Judge on **December 19, 2023** at **9:30 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102 to demonstrate why monetary sanctions should not be imposed for failure to comply with the Court's October 14, 2005 Order.

Dated: November 15, 2023

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge