IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
JEFFREY A. ROCKMAN : MISC. NO. 1:23-mp-00007-HWV
:
:
Debtor :

## STATEMENT OF DEBTOR'S COUNSEL
## PURSUANT TO ORDER OF COURT, DATED NOVEMBER 15, 2023

Pursuant to the Order of this Honorable Court, dated November 15, 2023, and in compliance with this Honorable Court's previous Order, dated October 14, 2005, the undersigned Debtor's counsel has registered with the Court to file all documents electronically from this date forward.

Respectfully submitted,

JEFFREY A. ROCKMAN, ESQUIRE /S/
Jeffrey A. Rockman, Esquire
PA. BAR ID. # 47463
515 Gibson Avenue
Kingston, Pa. 18704
(570) 479-3113
jeffrocklaw@aol.com